UNITED STATES of America,
Plaintiff–Appellee

v.

Ricardo RODRIGUEZ–TREVINO,
Defendant–Appellant.

No. 09–40114.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ricardo Rodriguez–Trevino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Trevino has filed a response relying solely on the argument that the Government lacks

---

standing to pursue a criminal case against him. Our independent review of the record, counsel's brief, and Rodriguez–Trevino's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.